# EXHIBIT B

# ABORTION PILL REVERSAL

- Call the hotline 877.558.0333
- An on-call Healthcare Professional will ask you some basic questions to see if a reversal is possible.
- The Healthcare Professional will then connect you with a doctor or medical provider in your area to start treatment if that is your choice.