# EXHIBIT C

## October 2023 Google Posts

| Date | Post Content | Graphic |
|------|--------------|---------|
| Oct 4 | *"I took several pills and I'm still pregnant."*<br>*"I only took the first dose (Mifeprex) and changed my mind."*<br><br>Even if an abortion has already begun, give us a call. We can still help you talk through your options and give you information on abortion pill reversal protocols if you choose to continue your pregnancy. No one should take away your reproductive choices.<br><br>If you've taken multiple pills or packs of misoprostol and have not had heavy bleeding or passed the fetus, call us right away. | • Mifeprex<br>• Misoprostol<br>• Abortion pill reversal*<br>• Pregnant<br>• Pills<br>• Bleeding<br>• Multiple pills<br>• Reproductive choices** |
| Oct 11 | *When did I conceive?* Calculating a possible due date is difficult when most women do not know when they ovulated or the exact day they had unprotected sex.<br><br>If you are looking for pregnancy help or abortion information, we're here for you.<br><br>Because we do not profit from any decision you make, you can talk through your options without pressure or coercion.<br><br>Although our center does not provide the abortion pill or procedures, we can answer any questions you have about side effects, what to expect, and offer support after an abortion. | • Ovulation<br>• Conceive<br>• Abortion Pill<br>• Unprotected sex<br>• Calculator<br>• Due Date<br>• Side effects |
| Oct 18 | Some of the top questions we hear from women are:<br><br>• *How far along am I? How do I calculate my due date?*<br>• *How much does an abortion cost at a clinic?*<br>• *Where can I get a free pregnancy test or ultrasound?*<br>• *How early can pregnancy be detected?*<br>• *Is the abortion pill by mail safe?*<br><br>If you think you may be pregnant or have had a positive home test, contact us today for free consultations and reproductive health services. | • Cost<br>• Clinic<br>• Pill by mail<br>• Pregnancy test<br>• Ultrasound<br>• "How early can pregnancy be detected?"<br>• Safe<br>• Due date<br>• "How long do you bleed |

| | | |
|---|---|---|
| | | after the abortion pill."<br>• Free<br>• Reproductive health** |
| **Oct 25** | Pregnancy or PMS symptoms can often be similar. Feeling tired or nauseous? Sore breasts? Having to pee more than normal? Light spotting? These early pregnancy signs can show up even before a missed period.<br><br>Whether your pregnancy was planned or unplanned, we're your first step. If you think you may be pregnant, contact us today for a free pregnancy test at our center. If positive, we can explore your next steps, including why having an ultrasound matters, information on abortion and reproductive health choices, adoption, parenthood, and more. | <br>• PMS<br>• Pregnancy Symptoms<br>• Test<br>• Pregnancy Signs<br>• Pregnant<br>• Missed Period<br>• Planned<br>• Parenthood<br>• Abortion<br>• Adoption<br>• "What is abortion"<br>• Ultrasound<br>• Reproductive health** |

*Praise God! Abortion pill reversal is trending right now at number 10! We've never seen it this high. Please pray these posts do not get flagged. (Note: Women are also searching for things about multiple pill packs and kits.)

**There is a spike in searches for reproductive health clinics. While we cannot show up for abortion clinic searches through Google Business anymore, centers *can* and do show up for reproductive health or clinic terms when optimized.