UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, ASPIRE TOGETHER INC., BRANCHES PREGNANCY RESOURCE CENTER, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CHARITY CLARK, in her official capacity as Attorney General of the State of Vermont, SARAH COPLAND HANZAS, in her official capacity as Secretary of the State of Vermont, KEVIN RUSHING, in his official capacity as Director of the Office of Professional Regulation, MARK LEVINE, in his official capacity as the Commissioner of Health of the State of Vermont, THE INDIVIDUAL MEMBERS OF THE VERMONT BOARD OF MEDICAL PRACTICE, in their official Capacities, THE INDIVIDUAL MEMBERS OF THE VERMONT BOARD OF NURSING, in their official capacities, COURTNEY BOWERS, in her official capacity as Naturopathic Physician Advisor,<br>Defendants. | Civil No. 2:23-CV-00229-wks |

**STIPULATED MOTION TO EXTEND TIME**

Defendants Charity Clark, Courtney Bowers, Sarah Copeland Hanzas, Mark Levine, Kevin Rushing, The Individual Members of the Vermont Board of Medical Practice and The Individual Members of the Vermont Board of Nursing (collectively "State Defendants"), by and through the Vermont Attorney General's Office, respectfully move to extend the deadline to respond to Plaintiffs' Opposition to Defendants' Amended Motion to Dismiss.

Plaintiffs filed their Response to Defendants' Amended Motion to Dismiss on February 7, 2024, making the current deadline February 22, 2024. Due to workload, the undersigned will require additional time to respond to Plaintiffs' Opposition. In addition, the undersigned will be out of the office from February 23rd through March 10th. The undersigned requests an additional four weeks, or until March 25, 2024, to respond to Plaintiffs' Opposition to Defendants' Amended Motion to Dismiss.

The limited amount of time requested in this motion will not prejudice the Plaintiffs, who have stipulated to the request. Pursuant to F.R.C.P. 6(b)(1), the Court may, for good cause, extend the time for filing a responsive pleading. No party will be disadvantaged because of an extension.

WHEREFORE, the State Defendants respectfully request that the Court grant this motion and extend the deadline to respond to Plaintiffs' Opposition to Defendants' Amended Motion to Dismiss until March 25, 2024.

DATED at South Burlington, Vermont this 16th day of February 2024.

        STATE OF VERMONT

        CHARITY R. CLARK
        ATTORNEY GENERAL

By:    */s/ David McLean*
       David McLean
       Assistant Attorney General
       Office of the Attorney General
       109 State Street
       Montpelier, VT 05609-1001
       (802) 828-1101
       David.McLean@vermont.gov

       Counsel for State Defendants