UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, ASPIRE TOGETHER INC., BRANCHES PREGNANCY RESOURCE CENTER, INC., <br>    Plaintiffs, <br><br> v. <br><br> CHARITY CLARK, in her official capacity as Attorney General of the State of Vermont; SARAH COPELAND HANZAS, in her official capacity as Secretary of the State of Vermont; KEVIN RUSHING, in his official capacity as Director of the Office of Professional Regulation; MARK LEVINE, in his official capacity as the Commissioner of Health of the State of Vermont; THE INDIVIDUAL MEMBERS OF THE VERMONT BOARD OF MEDICAL PRACTICE, in their official capacities; THE INDIVIDUAL MEMBERS OF THE VERMONT BOARD OF NURSING, in their official capacities; COURTNEY BOWERS, in her official capacity as Naturopathic Physician Advisor; <br>    Defendants. | Civil No. 2:23-CV-00229-wks |

## **MOTION TO WITHDRAW APPEARANCE**

I, Eleanor Spottswood, hereby move to withdraw my appearance on behalf of all Defendants, as I no longer work for the State of Vermont. Defendants will continue to be represented in this matter by David McLean, Assistant Attorney General.

DATED AT Burlington, Vermont this 8th day of July 2024.

                                              by:    */s/ Eleanor L.P. Spottswood*
                                                         Eleanor L.P. Spottswood